IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:12cr101-MHT |
| KATHRYN ANN ARNOLD | ) | (WO) |

JUDGMENT OF ACQUITTAL

It is the ORDER, JUDGMENT, and DECREE of the court that defendant Kathryn Ann Arnold is not guilty of all the charges against her.

It is further ORDERED that defendant Arnold is acquitted and discharged and any bond exonerated.

This case is closed.

DONE, this the 4th day of October, 2012.

                                        /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE